RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
mwagner@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
***Attorneys for Defendant,
Regal Cinemas, Inc.***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROGELIO LANDA, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>REGAL CINEMAS, INC., a Foreign Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | CASE NO: 2:24-cv-00877JAD-MDC<br><br>**STIPULATION AND ORDER TO REMAND**<br><br>ECF No. 11 |

IT IS HEREBY STIPULATED by and between and CHRISTIAN Z. SMITH, ESQ. of the law firm of KANG & ASSOCIATES, attorneys for Plaintiff, ROGELIO LANDA and MATTHEW J. WAGNER, of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, REGAL CINEMAS, INC., that this matter be remanded, by agreement, for resolution to Nevada State Court.

. . .

. . .

. . .

. . .

. . .

. . .

Both sides acknowledge that further orders and decisions shall be entered and effective through the Nevada State Court upon remand.

| DATED: 8/27/2024 | DATED: 8/27/2024 |
|---|---|
| **KANG & ASSOCIATES, PLLC** | **DENNETT WINSPEAR, LLP** |
| By /s/ Christian Z. Smith<br>CHRISTIAN Z. SMITH, ESQ.<br>Nevada Bar No. 8266<br>6480 W. Spring Mountain Rd., Ste 1<br>Las Vegas, Nevada 89146<br>Telephone: 702-333-4223<br>*Attorneys for Plaintiff,*<br>*Rogelio Landa* | By /s/ Matthew J. Wagner<br>MATTHEW J. WAGNER, ESQ.,<br>Nevada Bar No. 11311<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>Telephone: 702-839-1100<br>*Attorneys for Defendant,*<br>*Regal Cinemas, Inc.* |

**ORDER**

Based on the parties' stipulation [ECF No. 11] and as it appears that this court lacks subject-matter jurisdiction, IT IS ORDERED that **the Clerk of Court is directed to REMAND this case back to the Eighth Judicial District Court,** Clark County, Nevada, Case No. A-24-890794-C, Department 26, and **CLOSE THIS CASE.** This court notes that, at the time of remand, no motions were pending in this federal action.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 30, 2024